# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**499**

**CA 15-00807**

PRESENT: SMITH, J.P., CENTRA, DEJOSEPH, CURRAN, AND SCUDDER, JJ.

---

INDUS PVR LLC, PLAINTIFF-RESPONDENT,

V                                                  MEMORANDUM AND ORDER

MAA-SHARDA, INC., DEFENDANT-APPELLANT,
ROSHAN HOSPITALITY, INC., ET AL., DEFENDANTS.
(APPEAL NO. 3.)

---

FRANK A. ALOI, ROCHESTER, AND ROBERT J. LUNN, FOR DEFENDANT-APPELLANT.

WOODS OVIATT GILMAN LLP, ROCHESTER (JOHN C. NUTTER OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Ontario County (Matthew A. Rosenbaum, J.), entered December 26, 2014. The order denied the motion of defendant MAA-Sharda, Inc. for leave to reargue and renew its opposition to plaintiff's motion for a judgment of foreclosure and sale.

It is hereby ORDERED that said appeal from the order insofar as it denied leave to reargue is unanimously dismissed and the order is affirmed without costs.

Same memorandum as in *Indus PVR LLC v MAA-Sharda, Inc.* ([appeal No. 1] ___ AD3d ___ [June 10, 2016]).

Entered: June 10, 2016                          Frances E. Cafarell
                                                Clerk of the Court